Ronald L. Richman (SBN 139189)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:      ron.richman@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SVG CONTRACTORS, INC., a California corporation,<br><br>    Defendant. | Case No.: 4:23-cv-03523-DMR<br><br>**STIPULATION TO MEDIATE CASE IN LIEU OF ENE; ORDER THEREON** |

4865-6568-4153.1 29512/00395

– 1 –

STIPULATION TO MEDIATE CASE IN LIEU OF ENE; ORDER THEREON

**STIPULATION**

IT IS STIPULATED by and between plaintiffs, on the one hand, and defendant SVG Contractors, Inc., on the other hand, through their respective counsel, as to the following. Initially, the parties chose to proceed with Early Neutral Evaluation as the ADR Program to utilize. [Dkt. 20]. On December 6, 2023, this Court issued its Civil Conference Minute Order, ordering the parties to Early Neutral Evaluation, to be completed by May 31, 2024. [Dkt. 21].

On February 6, 2024, Sanford Kingsley was appointed as the ENE Evaluator. [Dkt. 23].

The parties had several telephonic meetings with ENE Evaluator Sanford Kingsley. The parties now desire to mediate the case before ENE Evaluator Sanford Kingsley. Mr. Kingsley has agreed to serve as the mediator. Mediation has been tentatively set for May 21, 2024, upon approval by the Court.

DATED: April 24, 2024

BULLIVANT HOUSER BAILEY PC

By  /s/ Ronald L. Richman
     Ronald L. Richman

Attorneys for Plaintiffs

DATED: April 24, 2024

SWEENEY MASON LLP

By  /s/ Roger M. Mason
     Roger M. Mason

Attorneys for Defendant

**ORDER**

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that the parties mediate the case before Sanford Kingsley and that mediation be completed no later than May 31, 2024.

DATED: April 29, 2024

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE